IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


ANTHONY J. FAILS,

       Plaintiff,

v.                                  3:10cv401-WS

G.R. BYRD,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed October 28, 2010.  The magistrate judge recommends that the plaintiff's motion to dismiss be granted.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's Motion to Dismiss Case (doc. 4) is GRANTED.

3.  The plaintiff's complaint, and this action, are DISMISSED without prejudice.

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ____17th_____ day of ____November____, 2010.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE