UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. FAILS,

    Plaintiff,

v.                                                      3:10cv401–WS/EMT

G.R. BYRD,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed May 21, 2018. The magistrate judge recommends that Plaintiff's Motion to Reopen (doc. 9) be denied. Plaintiff has filed objections (doc. 11) to the report and recommendation. Like the magistrate judge, this court finds that Plaintiff has failed to establish a basis under Rule 60(b)(4) for reopening a case that he voluntarily dismissed in 2010.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is

ADOPTED and incorporated into this order by reference.

2. Plaintiff's "Motion to Reopen Rule 60(b)4" (doc. 9) is DENIED.

DONE AND ORDERED this ___7th___ day of ___June___, 2018.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE